UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE K. WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>F. SLIVER, Warden,<br><br>    Respondent. | No. 1:24-cv-00759-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>Doc. 6 |

    Petitioner Maurice L. Williams is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 8, 2024, the assigned magistrate judge issued findings and recommendations to dismiss the petition. Doc. 6. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within thirty (30) days after service. No objections have been filed, and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. The petition fails to state a claim for a procedural due process violation because the petition asserts only that prison officials failed to follow their own procedures, not those required by the Due Process Clause. Doc. 1 at 6, 14. The Court "need not consider whether the prison complied with its own [procedural] regulations." *Walker v. Sumner*, 14 F.3d 1415, 1420 (9th Cir. 1994), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472, 483–84 (1995). A prisoner's "right to due process [is] violated only if he was not provided with process sufficient to meet the *Wolff* standard." *Id.* As the findings and recommendations explain, the disciplinary hearing met the *Wolff* standard. Doc. 6 at 2–3. Petitioner therefore has failed to state a claim.

Accordingly,

1. The findings and recommendations issued on July 8, 2024, Doc. 6, are adopted in full;
2. The petition for writ of habeas corpus is dismissed with prejudice; and
3. The clerk of court is directed to enter judgment and close the case.

IT IS SO ORDERED.

    Dated:   November 21, 2024                    _____
                                                   UNITED STATES DISTRICT JUDGE

2